**Order entered November 14, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01046-CV

## IN THE INTEREST OF K.M. AND D.M., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-12962**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on November 28, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/     MOLLY FRANCIS
        PRESIDING JUSTICE